Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| UNITED STATES OF AMERICA, | No. CR08-0080JLR |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] |
| | ORDER OF DISMISSAL |
| CARLOS BUCIO-GARCIA, | |
| Defendant. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive Defendant Carlos Bucio-Garcia.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case are dismissed, without prejudice.

//
//
//
//
//
//
//

*Order of Dismissal -- 1*
*U.S. v. Carlos Bucio-Garcia, CR08-080JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2       The outstanding warrant shall be quashed.
3
4       DATED this 26ᵗʰ day of _____Sept._____, 2018.
5
6                                    _____
7                                    HON. JAMES L. ROBART
8                                    United States District Judge
9
10  Presented by:
    /s/ Karyn S. Johnson
11  KARYN S. JOHNSON
    Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Order of Dismissal -- 2*
*U.S. v. Carlos Bucio-Garcia, CR08-080JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970